# UNITED STATES DISTRICT COURT

District of <u>MASSACHUSETTS</u>    ATTACHMENT 5

FOR the
JEFFERSON BURGESS

Plaintiff

V.

U.S. OF AMERICA

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-40169**

I, <u>JEFFERSON BURGESS</u> declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration <u>F.M.C. DEVENS PRISON, AYER MA. 01432</u>

   Are you employed at the institution? <u>NO</u>   Do you receive any payment from the [institution?]

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

8-20-04
Date

*Jefferson Burgess*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 09628039 | Current Institution: | Devens FMC |
| Inmate Name: | BURGESS, JEFFERSON | Housing Unit: | P CC |
| Report Date: | 08/06/2004 | Living Quarters: | P02-091L |
| Report Time: | 3:34:25 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4958 |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/2/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 8/4/2004 11:05:13 AM |
| Account Status: | Active |
| ITS Balance: | $53.40 |

### FRP Plan Information

FRP Plan Type    Expected Amount   Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $62.86 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $39.99 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $22.87 |
| National 6 Months Deposits: | $1,800.00 |
| National 6 Months Withdrawals: | $2,248.06 |
| National 6 Months Avg Daily Balance: | $488.33 |
| Local Max. Balance - Prev. 30 Days: | $682.22 |
| Average Balance - Prev. 30 Days: | $361.43 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____    District of __MASSACHUSETTS__

ATTACHMENT 4

JEFFERSON BURGESS
PRO-SE-PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA
DEFENDANT ON BEHALF OF THE
FEDERAL BUREAU OF PRISON
BY F.M.C. DEVENS PRISON

CASE NUMBER:

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY OFFICE
ONE COURTHOUSE WAY, SUITE 9200
BOSTON, MA. 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFERSON BURGESS
PRISON NUMBER # 09628-039
F.M.C. DEVENS PRISON
P.O. BOX 879
AYER, MA. 01432

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

ATTACHMENT 4

JEFFERSON BURGESS
    PRO-SE PLAINTIFF
        v.

UNITED STATES OF AMERICA
DEFENDANT ON BEHALF OF THE
FEDERAL BUREAU OF PRISON
BY F.M.C. DEVENS PRISON
        DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY OFFICE
ONE COURTHOUSE WAY, SUITE 9200
BOSTON, MA. 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFERSON BURGESS
PRISON NUMBER # 09628-039
F.M.C. DEVENS PRISON
P.O. BOX 879
AYER, MA 01432

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE

(By) DEPUTY CLERK