UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERSON BURGESS,
        Plaintiff,

v.

UNITED STATES,
        Defendant.

Civil Action No. 04-40169-WGY

## ORDER

Pursuant to the provisions of Rule 40.1(I) of the Local Rules, the above-entitled case is hereby transferred to Judge Zobel of this Court for all further proceedings.

*William G. Young*
WILLIAM G. YOUNG
Chief Judge

Date: Nov 12, 2004

Copies to:    Counsel, Operations Manager

(transfer.wpd - 7/99)                              [divtranout.]