UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFERSON BURGESS,            )
            Plaintiff,        )
                             )
        v.                    )  C.A. No. 04-40169-RWZ
                             )
UNITED STATES OF AMERICA,     )
            Defendant.        )

ORDER OF DISMISSAL

ZOBEL, D.J.

    In accordance with this Court's order dated January 14,

2005,it is ORDERED that the within action be and it is hereby

dismissed without prejudice.


                            By the Court,



Date: 1/16/05               /s/ Barbara Morse
                            Deputy Clerk